Elliot S. Blut, Esq.
Blut Law Group, APC
Nevada Bar No. 6570
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Tel: 702-384-1050

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Angelina Borgo,<br><br>    Plaintiff,<br><br>vs.<br><br>Wynn Resorts Limited; John Chow;<br>Robert Hair,<br><br>    Defendant(s). | CASE NO: 2:15-cv-01361-RFB-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

IT IS HEREBY STIPULATED and AGREED that ELLIOT S. BLUT, ESQ., of BLUT LAW GROUP, APC be substituted in place of ANGELINA BORGO, *PLAINTIFF PRO SE*, as counsel for Plaintiff ANGELINA BORGO.

Dated this 27th day of August, 2015.

*[signature]*
Angelina Borgo
927 E. Winnie Way
Arcadia, CA 91006
*Plaintiff, Pro Se*

The undersigned hereby consents to be substituted in as attorney for Plaintiff ANGELINA BORGO.

Dated this 27th day of August, 2015.

_____
Elliot S. Blut, Esq.
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Tel: 702-384-1050
Fax: 702-384-8565

The undersigned hereby consents to the withdrawal of ANGELINA BORGO as *Pro Se* status of record and further consents to ELLIOT S. BLUT, ESQ. of BLUT LAW GROUP, APC as her new counsel of record.

Dated this 27th day of August, 2015.

_____
Angelina Borgo
*Plaintiff, Pro Se*

APPROVED:

DATED: _September 2, 2015_         _____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

# CERTIFICATE OF MAILING
*Angelina Borgo v. Wynn Resorts Limited, et al.*
USDC Case No. 2:15-cv-01361-RFB-VCF

I hereby certify that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 300, Los Angeles, California 90067.

On September 1, 2015, I served the foregoing document(s) described as:

**SUBSTITUTION OF ATTORNEY** on the interested parties in this matter by placing

__X__ a true copy _____ the original thereof enclosed in a sealed envelope addressed as follows:

| *Attorneys for Defendants* | *Attorneys for Defendants* |
|---|---|
| Craig R. Anderson, Esq.<br>Brianna Smith, Esq.<br>MARQUIS AURBACH COFFING<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Tel: (702) 382-0711<br>Fax: (702) 382-5816<br>canderson@maclaw.com<br>bsmith@maclaw.com | Brianna Smith, Esq.<br>JOHN H. COTTON & ASSOCIATES, LTD.<br>7900 W. Sahara Ave.<br>Las Vegas, NV 89117<br>Tel: 702-832-5909<br>Fax: 702-832-5910<br>bsmith@maclaw.com |

[X] To be electronically served through the District Court's electronic filing system, with the date and time of the electronic service substituted for the date and place of deposit in the mail.

[X] I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

/s/ Richard Thompson
An employee of Blut Law Group, PC

3