**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
   Attorneys for Defendans

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANGELINA BORGO,<br><br>                    Plaintiff,<br><br>vs.<br><br>WYNN RESORTS LIMITED; JOHN CHOW; ROBERT HAIR,<br><br>                    Defendants. | Case No.:   2:15-cv-01361-RFB-VCF |
|---|---|

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff ANGELINA BORGO, by and through her attorney of record, the law firm of Blut Law Group, APC, and Defendants WYNN RESORTS LIMITED, JOHN CHOW, and ROBERT HAIR, by and through the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1.   That in exchange for dismissal of this case with prejudice, the Wynn will lift the trespass for all areas of public access in the Wynn Las Vegas property as to Angelina Borgo, Stephen Borgo, and Mario Borgo.

2.   Within seven (7) business days after the full execution of this agreement by all necessary parties, Wynn will provide, either by email addressed to scborgo@hotmail.com, or by written correspondence addressed to Angelina Borgo, 927 E Winnie Way, Arcadia, CA 91006, written confirmation that the trespass has been lifted as to Angelina Borgo, Stephen Borgo, and Mario Borgo.

MAC:11200-040 2618681_1 9/24/2015 11:28 AM

3. That the above-entitled case is hereby dismissed with prejudice;

4. There has been no trial setting or stipulated discovery plan and scheduling order filed, and there is no trial date currently set in this matter; and

5. Each party will bear its own attorney fees and costs.

| Dated this 24th day of September, 2015. | Dated this 24th day of September, 2015. |
|---|---|
| BLUT LAW GROUP, APC | MARQUIS AURBACH COFFING |
| By: /s/ Elliot Blut<br>Elliot Blut, Esq.<br>Nevada Bar No. 6570<br>300 S. Fourth Street, Suite 701<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff Angelina Borgo | By: /s/ Brianna Smith<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Brianna Smith, Esq.<br>Nevada Bar No. 11795<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants |

IT IS SO ORDERED this 27th day of September, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge